## GEORGE EVANS v. CHARLES POPE.

Court of Common Pleas.   New Castle.   December, 1795.[1]

*Rodney's Notes.*\*

*John Read* for plaintiff.

First count, for money laid out, expended and paid.   Secondly, for £70 lent and advanced.   Third, lastly, for *quantum meruit* for goods sold.   June 1776, date of first article.

*G. Evans.*   Proved a book produced to be his original book of entry, proved another book kept by his clerk, proved third book.

*Mr. Bedford.*   Objects to the book of plaintiff being sufficient to establish the charge for money lent, that they were not original entries.

*Mr. Bayard.*   That the books are now before the jury.   The Court cannot judge of them.

CHIEF JUSTICE.   That books in Maryland are proved within the year, and all entries made regularly, proof sufficient.   When evidence goes to the jury, the Court are judge of the operation it should have in law;  with respect to facts jury may judge.

Verdict for plaintiff for £49.4.1.

---

[1] Rodney adds here, "I believe."

\* This case is also reported in *Bayard's Notebook*, 87.